02-11-268-CV








 




 
 
 
 
 
  
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
 
 




 

 

NO. 02-11-00268-CV 

 

 




 
 
 In re Dwight Brown
 
 
  
 
 
 RELATOR
 
 




 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The court has considered relator’s petition for writ of
mandamus and is of the opinion that the petition should be dismissed for want
of jurisdiction.  Accordingly, relator’s petition for writ of mandamus is
dismissed for want of jurisdiction.

 

PER CURIAM

 

PANEL: 
DAUPHINOT, WALKER, and GABRIEL, JJ.

 

DELIVERED: 
July 25, 2011









          [1]See
Tex. R. App. P. 47.4, 52.8(d).